IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01809-RPM

AZIZ EL IDRISSI,

      Plaintiff,

v.

BROWN PALACE HOTEL ASSOCIATES, L.P.
d/b/a Brown Palace Hotel & Spa/Comfort Inn Complex and
OUTSOURCE*ONE,* INC.,

      Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 23, 2009, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 15, 2009.**

The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

Dated:  August 28th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge