**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-CV-01809-RPM-MJW

AZIZ EL IDRISSI

      Plaintiff,

v.

BROWN PALACE HOTEL ASSOCIATES, L.P.
d/b/a/ Brown Palace Hotel & Spa/ Comfort Inn Complex
and
OUTSOURCEONE, INC.

      Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION TO FILE AMENDED COMPLAINT AND TO RELATE BACK AMENDED COMPLAINT TO THE ORIGINAL FILING DATE**
_____

Upon consideration of Plaintiffs' Unopposed Motion to File Amended Complaint and to Relate Back Amended Complaint to the Original Filing Date [13], it is

ORDERED that the Motion is GRANTED and the Amended Complaint attached thereto is accepted for filing.

Dated this 15th day of October, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge