IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              March 9, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,                                           Gina B. Hardin

      Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,                     Charles C. Fredericksen

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Expedited Motion to Compel**

**1:54 p.m.**     **Court in session.**

Court's preliminary remarks.

1:56 p.m.     Statements by Mr. Fredericksen.

Argument by Mr. Fredericksen.

2:02 p.m.     Argument by Ms. Hardin.

**ORDERED:**   Plaintiff's Expedited Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, filed January 22, 2010 [21], is denied.

Discussion regarding scheduling.

**ORDERED:**   Pretrial conference set May 21, 2010 at 2:00 p.m.

**2:18 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 24 min.