IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 21, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,                                                Gina B. Hardin

      Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,                          Charles C. Fredericksen

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Withdraw and Pretrial Conference**

**1:59 p.m.**      **Court in session.**

Plaintiff present.

Court's preliminary remarks.

Statements by Ms. Hardin in support of her motion to withdraw.

Plaintiff answers questions asked by the Court.
Plaintiff requests time to obtain different counsel.

Argument by Mr. Fredericksen regarding continuation
Discussion regarding whether it is necessary to add an additional defendant.

Further statements by the plaintiff.

Court states its orders of reference to magistrate judge practice (joint motion).

**ORDERED:** **Plaintiff's Expedited Motion to Withdraw as Counsel of Record, to Withdraw Submitted Proposed Pretrial Order and Postpone Pretrial Conference, filed May 19, 2010 [29], is granted.**
**Plaintiff's Unopposed Motion to File Corrected Expedited Motion to Withdraw as Counsel of Record, to Withdraw Submitted Proposed Pretrial Order and Postpone Pretrial Conference, filed May 21, [32], is granted.**
**Trial set January 10, 2011 at 8:30 a.m.**
**Plaintiff shall obtain counsel and notify the Court by the filing of an entry of appearance.**

Ms. Hardin states the case file has been turned over to the plaintiff.

**2: 27 p.m.**      **Court in recess.**      Hearing concluded.  Total time: 28 min.