IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,

    Plaintiff,

v.

BROWN PALACE HOTEL ASSOCIATES, L.P.
d/b/a Brown Palace Hotel & Spa/Comfort Inn Complex and
OUTSOURCE*ONE,* INC.,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

Pursuant to the hearing held today on the motion of Gina B. Hardin to withdraw as counsel for the plaintiff and the corrected motion, filed May 21, 2010, with the plaintiff Aziz El Idrissi appearing in person and with Gina Hardin appearing as counsel and on her own behalf and Charles Frederiksen appearing for defendant and after hearing the statements of Ms. Hardin and of Mr. El Idrissi, the Court finds an irreconcilable conflict between the plaintiff and his attorney and it is therefore

ORDERED that the motion, as corrected, is granted and Gina B. Hardin has no further responsibility for the representation of Aziz El Idrissi in this civil action and the Clerk is directed to terminate her electronic service in this case.

Dated: May 21, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge