IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,

    Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the hearing conducted on May 21, 2010, it is

ORDERED that this matter is set for trial to jury on **January 10, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:   May 21, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge