IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,

    Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

---

On October 11, 2010, the plaintiff, through counsel, Laurie Scott Paddock, filed a motion to amend the Scheduling Order to delete as undisputed facts paragraphs "j" and "p" of that section of the Scheduling Order. The motion was accompanied by an affidavit of Gina B. Hardin, prior counsel for the plaintiff. It appearing that those statements of the reasons for termination are genuinely disputed and prior counsel's signing of the Scheduling Order including them as undisputed facts was inadvertent, it is

ORDERED that the plaintiff's motion to amend Scheduling Order is granted.

Dated: October 12th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge