**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date                November 16, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 09-cv-01809-RPM

AZIZ EL IDRISSI,                                            Laurie S. Paddock

     Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,                      Charles C. Fredericksen

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**10:29 a.m.**     **Court in session.**

Plaintiff Aziz El Idrissi present.

Ms. Paddock answers questions asked by the Court regarding the withdrawal of undisputed fact J and P of the Scheduling Order.

10:35 a.m.     Argument by Mr. Frederickson.
10:50 a.m.     Argument by Ms. Paddock.

**ORDERED:**     **All state claims are dismissed.**

**ORDERED:**     **Defendant's Motion for Summary Judgment, filed July 12, 2010 [37], is denied under Title VII.
Pretrial Conference scheduled December 22, 2010 at 2:00 p.m.
Proposed pretrial order submitted in paper directly to chamber by 4:00 p.m. December 16, 2010.**

**11:10 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 41 min.