IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01809-RPM

AZIZ EL IDRISSI,

    Plaintiff,

v.

DENVER HOTEL MANAGEMENT COMPANY, INC.,

    Defendant.

## ORDER FOR DISMISSAL

    Pursuant to the Joint Stipulated Motion to Dismiss [61] filed on February 2, 2011, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorneys fees.

    Dated: February 7, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge